April 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ELIZABETH LAGUNA, Appellant

NO. 14-13-00514-CV                    V.

HOUSTON HOUSING AUTHORITY, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 10, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Elizabeth Laguna.

We further order this decision certified below for observance.